No. 87–5613. WILLIAMS *v.* HEVI-DUTY ELECTRIC CO. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–5354. JAMES *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 87–5482. CHILDS *v.* GEORGIA. Sup. Ct. Ga.;
No. 87–5567. BROWN *v.* NORTH CAROLINA. Sup. Ct. N. C.;
No. 87–5568. CARTER *v.* TEXAS. Ct. Crim. App. Tex.;
No. 87–5607. HALVORSEN *v.* KENTUCKY. Sup. Ct. Ky.; and
No. 87–5688. SNOW *v.* SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS. Sup. Ct. Nev. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–5660. CORDEIRO *v.* CONNER ET AL. Sup. Ct. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.